IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHELLE J. PALMER and MICHAEL M. CANTRELL, individually and on behalf of all similarly-situated Individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>CONVERGYS CORPORATION, and CONVERGYS CUSTOMER MANAGEMENT GROUP INC.,<br><br>    Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Case No.<br>:  7:10-cv-145 (HL)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

On February 9, 2012, the Court entered an order granting Defendants' Motion to Strike the Plaintiffs' Motion to Proceed as a Collective Action (Doc. 74). Prior to this order, the case had been stayed while the Court evaluated and decided the issue of class certification. Now that the issue has been decided, the stay is lifted.

The stay was put into place on August 23, 2011, after discovery had been completed by the parties. Since the case will not proceed as a class action, the Court can find no reason to reopen discovery. Therefore, parties have twenty-one days from today to file any dispositive motions with the Court. All dispositive motions must be received on or before Friday, March 2, 2012. The deadlines for responses shall be set accordingly.

**SO ORDERED**, this 10th day of February, 2012.

***s/ Hugh Lawson***
HUGH LAWSON, SENIOR JUDGE

ebr