**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| MICHELLE J. PALMER, et al., | : | |
| | : | CASE NO. 7:10-cv-00145-HL |
| Plaintiffs, | : | |
| v. | : | |
| | : | **ORDER APPROVING** |
| CONVERGYS CORPORATION, et al., | : | **SETTLEMENT AGREEMENT AND** |
| | : | **RELEASE** |
| Defendants. | : | |

_____

     The Joint Motion to Approve the Parties' (Proposed) Settlement Agreement and Release

is hereby GRANTED.  The Court has reviewed the Settlement Agreement and Release and finds

that it is a fair and reasonable compromise of the claims asserted in this civil action.

     It is therefore ORDERED that the Settlement Agreement and Release between the parties

is APPROVED, and this action is hereby DISMISSED with prejudice as settled.

     Dated this  17th  day of  August, 2012.


                    s/ Hugh Lawson

                  _____

                    Hugh Lawson
                    United States Senior District Judge